Walter I. CURRANT, Plaintiff, Appellant, v. EASTERN STEAMSHIP LINES, Inc., Defendant, Appellee.

No. 4357.

United States Court of Appeals
First Circuit.

Oct. 29, 1948.

Stanley H. Rudman, of Boston, Mass. (Joseph Schneider and Schneider, Reilly & Bean, all of Boston, Mass., with him on brief), for appellant.

William B. Sleigh, Jr., of Boston, Mass. (Arthur J. Santry and Putnam, Bell, Dutch & Santry, all of Boston, Mass., on brief), for appellee.

Before MAGRUDER, Chief Judge, and GOODRICH and WOODBURY, Circuit Judges.

PER CURIAM.

The order of the District Court is affirmed upon the opinion of Judge Healey reported in 77 F.Supp. 9.

King DAVID and William Talmadge SPEARS, Appellants, v. George A. SUTTON, Executor of the Estate of Mansfield L. Spears, Deceased, et al., Appellees.

No. 10626.

United States Court of Appeals
Sixth Circuit.

Oct. 19, 1948.

I. H. Spears, of Pasadena, Cal., for appellants.

George A. Sutton, of Pontiac, Mich., for appellees.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the briefs and record and oral argument of counsel. And it appearing that no reversible error exists in the record, it is ordered that the judgment of the District Court be, and it hereby is, affirmed.